UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TAMMY SMITH,

       Plaintiff,

v.                                              Case No.   3:21-cv-189-MMH-JBT

WAL-MART INC.,

       Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. No. 18; Stipulation) filed on May 18, 2021.  In the Stipulation, the parties request dismissal of this matter with prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby **ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of May, 2021.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record